An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUTHIE LEE GOUDY,
                      Appellant,
              vs.
TERRY REUTER; AND MARIA CHU,
                      Respondents.

No. 67696

**FILED**

MAY 0 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing an appeal from the justice court. Eighth Judicial District Court, Clark County; Jennifer P. Togliatti, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals jurisdictional defects. Initially, appellant seeks to challenge the district court's oral ruling on March 25, 2015. No appeal may be taken, however, from a district court's oral ruling. *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Only a final, written judgment has any effect, and thus, only a written judgment may be appealed. *Id.* Additionally, even if a written judgment were entered, district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969) (noting that "[t]he district court

SUPREME COURT
      OF
   NEVADA

(O) 1947A

15-13301

has final appellate jurisdiction in cases arising in the justice's court"). Accordingly, we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Jennifer P. Togliatti, District Judge
       Ruthie Lee Goudy
       Maria Chu
       Terry Reuter
       Eighth District Court Clerk

---

[1]In light of our order, we deny as moot appellant's motion for a stay.